[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13774
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cr-00557-JSM-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE RAUL MACEDO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 29, 2014)

Before MARCUS, MARTIN and FAY, Circuit Judges

PER CURIAM:

Meghan Ann Collins, appointed counsel for Jose Macedo in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Macedo's conviction and sentence are **AFFIRMED**.